UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

THOMAS VON SCHULTZE,
ON BEHALF OF P.V.S.
    Plaintiffs,

v.

HUDSON SCHOOL DISTRICT,
LAWRENCE W. RUSSELL, JR.,
AND SCOTT BAKER,
    Defendants.

Civil Action No.: 1:20-cv-0058JL

### ORDER ON PLAINTIFFS' ASSENTED-TO MOTION FOR APPROVAL OF MINOR SETTLEMENT

The Court being fully advised and good and sufficient cause appearing therefore, the Plaintiffs' Assented-to Motion for Approval of Minor Settlement is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the settlement agreement and general release executed by and between the parties in this action is approved by the Court.

**IT IS SO ORDERED**.

Dated: December 8, 2021

                              Joseph N. Laplante
                              United States District Judge