```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Thomas Von Schultze

    v.

                                        Case No. 20-cv-588-JL

Hudson School District, et al.

## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated 12/8/2021.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: December 27, 2021

cc:   Nicole J. Schultz-Price, Esq.
       Edward A. Prisby, Esq.
       Dona Feeney, Esq.