```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

Thomas Von Schultze

    v.

                                  Case No. 20-cv-588-JL

Hudson School District, et al.

### AMENDED JUDGMENT

    Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated 12/8/2021, and the parties' Stipulation of Dismissal dated December 28, 2021.

                                        By the Court:

                                        _____
                                        Daniel J. Lynch
                                        Clerk of Court

Date: December 28, 2021

cc:   Nicole J. Schultz-Price, Esq.
      Edward A. Prisby, Esq.
      Dona Feeney, Esq.